UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02933-STV

TRACY EAGLE,

    Plaintiff,

v.

STATE FARM MUTUAL AUTMOBILE INSURANCE COMPANY,

    Defendant.

### UNOPPOSED MOTION TO RESTRICT ATTACHMENT 2 (ECF NO. 1-2) TO DEFENDANT'S NOTICE OF REMOVAL (ECF NO. 1) UNDER LEVEL 1 RESTRICTION

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") moves for Level 1 restriction of Attachment 2 (ECF No. 1-2) to its Notice of Removal filed on November 6, 2023 (ECF No. 1).

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for State Farm conferred with counsel for Plaintiff regarding the relief requested in this Motion, and Plaintiff does not oppose the relief requested herein.

### UNOPPOSED MOTION

1.    On November 6, 2023, State Farm filed a Notice of Removal (ECF No. 1). State Farm seeks Level 1 Restriction of the Thompson Reuters' PeopleMap that was inadvertently filed with the Notice of Removal as Attachment 2 (ECF No. 1-2) due to the private and

confidential information regarding Plaintiff contained therein. This issue is governed by Local Rule 7.2, which provides in pertinent part as follows:

> **(c) Motion to Restrict.** A motion to restrict public access shall be open to public inspection and shall:
>
> (1) identify the document or the proceeding for which restriction is sought;
>
> (2) address the interest to be protected and why such interest outweighs the presumption of public access (stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction);
>
> (3) identify a clearly defined and serious injury that would result if access is not restricted;
>
> (4) explain why no alternative to restriction is practicable or why only restriction will adequately protect the interest in question (e.g., redaction, summarization, restricted access to exhibits or portions of exhibits); and
>
> (5) identify the level of restriction sought.

Civil Local Rule 7.2(c).

2. By inadvertently filing the Thompson Reuters' PeopleMap, State Farm disclosed detailed and confidential information of Plaintiff. Due to the confidential nature of this information, State Farm requests that Attachment 2 (ECF No. 1-2) to the Notice of Removal be restricted to public access to protect Plaintiff's privacy.

3. The public has no legitimate interest in confidential and private information.

4. Permitting this information to be disclosed publicly would be harmful to Plaintiff, as it would allow public access to information that is private and confidential information.

5. Restriction is the only practicable option, as it would adequately protect Plaintiff from public disclosure of her confidential information.

## CONCLUSION

For these reasons, State Farm respectfully requests that the Court restrict Attachment 2 (ECF No. 1-2) to Defendant's Notice of Removal (ECF No. 1) under Level 1 restriction.

Dated:  November 7, 2023.                    Respectfully submitted,


*s/ Evan M. Blonigen*
Evan Bennett Stephenson
Evan M. Blonigen
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone:  (303) 839-3800
Facsimile:  (303) 839-3838
Email:  estephenson@spencerfane.com
            eblonigen@spencerfane.com

Attorneys for Defendant State Farm Mutual Automobile Insurance Company

DE 8328728.1

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 7, 2023 I electronically filed the foregoing **UNOPPOSED MOTION TO RESTRICT ATTACHMENT 2 TO DEFENDANT'S NOTICE OF REMOVAL (ECF NO. 1) UNDER LEVEL 1 RESTRICTION** with the Clerk of Court using the CM/ECF system, and contemporaneously served a copy to the following via email:

    Kurt H. Henkel
    The Henkel Law Firm
    1875 Lawrence Street, Suite 730
    Denver, CO 80202
    Telephone: (888) 458-0991
    Email: kurt@henkellawfirm.com

                                    *s/ Evan M. Blonigen*

DE 8328728.1