UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02933-CNS-STV

TRACY EAGLE,

    Plaintiff,

v.

STATE FARM MUTUAL AUTMOBILE INSURANCE COMPANY,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Tracy Eagle and Defendant State Farm Mutual Automobile Insurance Company hereby notify the Court that the parties have reached a settlement in this matter. The parties are in the process of finalizing the settlement documents, and a stipulation for dismissal will be submitted within the next 30 days. Each party will pay her or its own fees and costs.

Dated:  May 06, 2024.                          Respectfully submitted,

| | |
|---|---|
| *s/Kurt H. Henkel* | *s/Evan M. Blonigen* |
| Kurt H. Henkel | Evan Bennett Stephenson |
| The Henkel Law Firm | Evan M. Blonigen |
| 1875 Lawrence Street, Suite730 | Spencer Fane LLP |
| Denver, CO 80202 | 1700 Lincoln Street, Suite 2000 |
| Telephone: (888) 458-0991 | Denver, CO 80203 |
| Email: kurt@henkellawfirm.com | Telephone:  (303) 839-3800 |
| | Facsimile:  (303) 839-3838 |
| Attorney for Plaintiff Tracy Eagle | Email:  estephenson@spencerfane.com |
| | eblonigen@spencerfane.com |
| | |
| | Attorneys for Defendant State Farm Mutual Automobile Insurance Company |

# CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 06, 2024, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

- **Kurt Hans Henkel**
  kurt@henkellawfirm.com

*s/ Evan. M. Blonigen*